UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RITA BATHIARD** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN** *et al.*, <br><br> Defendants. | Case No. 16-cv-1549 (CRC) |
| **ESTATE OF RENE BATHIARD** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN** *et al.*, <br><br> Defendants. | Case No. 17-cv-2006 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [31] Plaintiffs' Motion for Leave to File First Amended Complaint in 16-cv-1549 is GRANTED IN PART and DENIED IN PART and [33] Plaintiffs' Motion for Leave to File Second Amended Complaint in 17-cv-2006 is DENIED.  It is further

**ORDERED** that [31-1] Plaintiffs' First Amended Complaint shall be deemed the operative complaint in 16-cv-1549.  It is further

**ORDERED** that Defendants pay to each Plaintiff the amount of damages as stated in the table below:

| Plaintiff | Economic Losses (w/ Interest) | Pain & Suffering Damages | Solatium Damages | Total Damages |
|---|---|---|---|---|
| Estate of Cesar Bathiard | $1,074,636 | $0 | $0 | $1,074,636 |

|  |  |  |  |  |
|---|---|---|---|---|
| Marcelle el Helou | $0 | $0 | $8 million | $8 million |
| Rita Bathiard | $0 | $0 | $5 million | $5 million |
| Pascale Mazarei Batyar | $0 | $0 | $3.5 million | $3.5 million |
| Antoine Jimmy Bathiard | $0 | $0 | $2.5 million | $2.5 million |
| Estate of Raymond Bathiard | $0 | $0 | $2.5 million | $2.5 million |
| Estate of Rene Bathiard | $0 | $0 | $5 million | $5 million |
| Francois Bathiard | $0 | $0 | $2.5 million | $2.5 million |
| Giselle Bathiard | $0 | $0 | $2.5 million | $2.5 million |
| Khaled el Moghrabi | $0 | $2 million | $0 | $2 million |
| Estate of Rasmieh el Moghrabi | $0 | $0 | $1.5 million | $1.5 million |
| Habib al Moughrabi | $0 | $0 | $750,000 | $750,000 |
| Jamal al Moughrabi | $0 | $0 | $750,000 | $750,000 |
| Suzan al Moughrabi | $0 | $0 | $750,000 | $750,000 |
| Estate of Hussein Mayassi | $0 | $2 million | $0 | $2 million |
| Abdul Mayassi | $0 | $0 | $1.5 million | $1.5 million |
| May Mayassai | $0 | $0 | $1.5 million | $1.5 million |
| Tarek Mayassi | $0 | $0 | $1.5 million | $1.5 million |
| Walid Mayassi | $0 | $0 | $1.5 million | $1.5 million |
| Zack Mayassi | $0 | $0 | $1.5 million | $1.5 million |

It is further

**ORDERED** that Defendants shall be jointly and severally liable for the entire judgment amount of $47,824,636.  It is further

**ORDERED** that Plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to Defendants.

**SO ORDERED.**

Date: <u>April 29, 2020</u>

CHRISTOPHER R. COOPER
United States District Judge